IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADRIAN PRADO-BERGANTINO,

    Petitioner,

v.                                            CASE NO. 5:12-cv-00172-MP-GRJ

DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION CUSTOMS AND ENFORCEMENT AGENCY,

    Respondents.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 8, 2012. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2.    The petition is dismissed as moot and for failure to prosecute. The clerk shall close the file.

**DONE AND ORDERED** this _18th_ day of December, 2012

                                                *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge